35 So.2d 915
**BANK OF FAIRHOPE v. Benjamin E.**
**LOCKLIER.**
1 Div. 564.

Court of Appeals of Alabama.
April 22, 1948.

Rickarby & Rickarby, of Fairhope, for appellant.

J. M. Prestwood, of Andalusia, and Hybart & Chason, of Bay Minette, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

35 So.2d 915
**L. V. BARGER v. STATE.**
6 Div. 541.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

35 So.2d 915
**Palmer BARGER v. STATE.**
6 Div. 577.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

35 So.2d 916
**Pelham BARGER v. STATE.**
6 Div. 576.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

33 So.2d 274
**Robert E. BARTELL v. STATE.**
1 Div. 556.

Court of Appeals of Alabama.
Nov. 25, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 892
**J. W. BAXTER v. STATE.**
8 Div. 533.

Court of Appeals of Alabama.
Feb. 25, 1947.

Griffin, Ford, Caldwell & Ford, of Huntsville, for appellant.

A. A. Carmichael, Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

HARWOOD, Judge.
Appeal abated by death of appellant.